UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Carrion,<br><br>Plaintiff,<br>-v-<br><br>American Drive-In Cleaners of Hewlett, Inc.,<br>Howard Moreida, and<br>Harrison Moreida,<br><br>Defendants. | **Civ. Action #: 19-CV-06362 (SJF)(ARL)**<br><br>**ANSWER/REPLY TO COUNTERCLAIM** |

Plaintiff-Counterclaim-Defendant Jose Carrion ("Carrion" or "Plaintiff"), by Abdul Hassan Law Group, PLLC, his attorneys, respond and answer Defendants-Counterclaim-Plaintiffs American Drive-In Cleaners of Hewlett, Inc., Howard Moreida, and Harrison Moreida (collectively "Defendants"), Counterclaims (ECF No. 11) and states and alleges as follows:

## COUNTERCLAIM

1. Any allegation not specifically responded to is denied.
2. Plaintiff denies the allegations contained in Paragraph 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34 of Defendants' Answer/counterclaim - Plaintiff states that Defendants are not entitled to recover any damages in this action.
3. Plaintiff denies the allegations contained in Paragraph 35, 36, 37, 38, 39, 40, 41, and 42 of Defendants' Answer/counterclaim - Plaintiff states that Defendants are not entitled to recover any damages in this action.
4. Plaintiff denies the allegations contained in Paragraph 43, 44, and 45, of Defendants' Answer/counterclaim - Plaintiff states that Defendants are not entitled to recover any damages in this action.

## PLAINTIFF'S AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

5. Defendants' counterclaim-complaint fails to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFF1RMATIVE DEFENSE

6. Defendants' counterclaim is barred to the extent Defendants failed in their duty to mitigate any damages they claimed to have suffered.

### AS AND FOR A THIRD AFF1RMATIVE DEFENSE

7. Defendants' counterclaim is barred in whole or part by the doctrines of waiver, latches and estoppel.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

8. Defendants' counterclaim is barred in whole or part by the doctrines of unclean hands.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

9. Defendants' counterclaim is barred in whole or in part by NYLL § 193 because the damages sought by Defendant amount to an unlawful wage deduction.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

10. Defendants' counterclaim is barred in whole or in part by FLSA and NYLL (12 NYCRR § 142-2.10) because the damages sought by Defendants amount to an unlawful wage deduction.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

11. Defendants filed their counterclaim against Plaintiff because Plaintiff filed the instant lawsuit to recover overtime wages from Defendants, and as such, Defendants'

counterclaim is barred under the FLSA at 29 U.S.C. § 215 and New York Labor Law 215. See i.e. *Arias v. Raimondo*, 860 F.3d 1185 (9th Cir. 2017).

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

12. Defendants' counterclaim is barred in whole or in part by the applicable statutes of limitations.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

13. Defendants failed to state its counterclaim with the specificity required by the Federal Rules of Civil of Procedure 9(b).

**WHEREFORE**, Plaintiff Jose Carrion, demands judgment dismissing Defendants' counterclaim in its entirety and with prejudice and granting Plaintiff the fees, costs and disbursements of defending and litigating the counterclaim of Defendants, together with such other, further and different relief that the Court may deem just and proper.

Dated: Queens Village, New York
January 26, 2020

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan________________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff-Counterclaim Defendant Jose Carrion*
215-28 Hillside Avenue, Queens Village, NY 11427
Tel: 718-740-1000 - Fax: 718-740-2000
E-mail: abdul@abdulhassan.com